■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WOODSON AVERY, Appellant, v EUGENE S. LeFEVRE, as Superintendent of Clinton Correctional Facility, Respondent. — Appeal from a judgment of the Supreme Court at Special Term (Ford, J.), entered December 22, 1983 in Clinton County, which denied petitioner's application for a writ of habeas corpus, in a proceeding pursuant to CPLR article 70, without a hearing.

The arguments advanced by petitioner in support of his application for a writ of habeas corpus could have been, but were not, raised on direct appeal from the underlying criminal conviction. Thus, habeas corpus is not appropriate (see, e.g., *People ex rel. Thomas v LeFevre*, 102 AD2d 925; *People ex rel. Davis v Coombe*, 97 AD2d 667). Indeed, petitioner seems to recognize that the issues now raised could have been advanced on appeal and offers no acceptable reasons to depart from traditional, orderly procedure (see *People ex rel. Keitt v McMann*, 18 NY2d 257). Accordingly, Special Term correctly denied petitioner's application.

Judgment affirmed, without costs. Kane, J. P., Main, Yesawich, Jr., Levine and Harvey, JJ., concur.